Ames
v.
Webber's Ex-
ecutors.

### AMES & AMES *vs.* WEBBER'S EXECUTORS.

*Non detinet* by an executor is a bad plea to a declaration on judgment against
his testator ; and being shewn to be false, will, on motion, be struck out
with costs.

February 20.

To a declaration in debt, on judgment against the testator of defendants, the defendants pleaded that they *did not detain*, &c. which plea the plaintiffs moved to have stricken from the record, and that they have leave to enter judgment as for want of a plea, on an affidavit that the plea is false.

*D. Graham, jun.* for plaintiffs.

*S. Stevens,* for defendants.

*By the Court,* SUTHERLAND, J. The plea is bad in law and false in point of fact. The latter ground is sufficient to sustain the motion. 6 *Cowen,* 35. Motion granted, with costs.

---

### AMES & AMES *vs.* WEBBER'S EXECUTORS.

Where a suit is brought on a judgment, and a writ of error is prosecuted for
the reversal of such judgment, it is usual to stay the proceedings in the
suit until the determination of the writ of error, unless the court see that
the writ of error is brought in *bad faith* or for the purpose of delay.
Where the error relied on was the entry of a judgment on a *verdict rendered
after the death of the party,* but the trial in which the verdict was rendered
was had in pursuance of a stipulation given in the lifetime of the party, on
an application in his behalf at a previous circuit to put off the trial of a
cause for the want of a witness, the court refused to stay the proceedings,
and denied the motion for that purpose, with costs.

February 20.

THE defendants asked for a rule staying proceedings in this suit, which is an action on a judgment against the *testator* of defendants, until the determination of a writ of error sued out by them to reverse such judgment, the defendants alleging the judgment to be entered on a verdict rendered *since the*